OPINION — AG — THE PROVISIONS TRANSFERRING, TO AN INDEPENDENT SCHOOL DISTRICT, FUNDS THAT WERE ACQUIRED FOR COUNTY SEPARATE SCHOOL PURPOSES IN SUCH DISTRICT SHOULD BE TREATED AS BEING CONSTITUTIONAL, AND SHOULD BE OBSERVED BY ADMINISTRATIVE OFFICIALS UNTIL A COURT OF COMPETENT JURISDICTION IN A PROPER ACTION HOLDS OTHERWISE. CITE: 70 O.S.H. 5-9, ARTICLE X, SECTION 19, ARTICLE XIII, SECTION 3 (J. H. JOHNSON)